**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**BEAUMONT DIVISION**

| | | |
|---|---|---|
| **BRUCE ANTHONY** | § | **CIVIL ACTION** |
| | § | |
| **v.** | § | **NO. 1:18-CV-00607-MAC** |
| | § | |
| **SUNBEAM PRODUCTS, INC., AND** | § | |
| **WAL-MART STORES TEXAS LLC** | § | **JURY** |

**PLAINTIFF'S NOTICE OF FILING INITIAL DISCLOSURES**

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

Pursuant to Local Rule CV-26(e), Plaintiff, Bruce Anthony, provided Plaintiff's Initial

Disclosures to Defendants, Sunbeam Products Inc. and Wal-Mart Stores Texas, LLC, on this the

4th day of January 2019.

Respectfully submitted,

BY*:    /s/ Jonathan C. Juhan*
JONATHAN C. JUHAN
SBN: 11047225
985 I-10 North, Suite 100
Beaumont, Texas 77706
409/832-8877 – Telephone
409/924-8880 – Facsimile
jonathanjuhan@sbcglobal.net

ATTORNEY FOR PLAINTIFF

## <u>CERTIFICATE OF SERVICE</u>

I certify that a true and correct copy of Plaintiff's Notice Of Filing Initial Disclosures has been provided to those listed below, by email, at the email addresses listed below, on this the 4th day of January 2019, before 5:00 p.m., local time of the recipients:

Mr. Ralph F. Meyer
Royston, Rayzor, Vickery & Williams, L.L.P.
802 N. Carancahua, Suite 1300
Corpus Christi, Texas 78401-0021
Ralph.Meyer@roystonlaw.com

        -and-

Mr. Scott Breitenwischer
Royston, Rayzor, Vickery & Williams, L.L.P.
1600 Smith Street, Suite 5000
Houston, Texas 77002
Scott.Breitenwischer@roystonlaw.com

            */s/ Jonathan C. Juhan*
            ATTORNEY FOR PLAINTIFF